RANDY L. ROYAL, TRUSTEE
CHAPTER 7 TRUSTEE
524 5TH AVE. SOUTH
P.O. BOX 551
GREYBULL, WY 82426
PHONE: (307) 765-4433
FAX: (307) 765-9563

FILED IN THE
US BANKRUPTCY COURT
DISTRICT OF WYOMING

2010 JUN 21   PM 1: 25

TIM J. ELL~

BY___pd___ #60253

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF WYOMING

In Re:                          )
    STREITZ, KELLIE LANAE       )     Case No.  09-21315 PJM
                                 )
                                 )
                                 )
                Debtor(s)          )

### *TRANSMITTAL OF UNCLAIMED FUNDS*

I, RANDY L. ROYAL, TRUSTEE, Trustee of the above-estate, hereby respectfully reports:

1. That more than ninety days have passed since final distribution under 11 U.S.C. Section 726 was made in this case and I have stopped payment on all checks remaining unpaid.

2. That the names of the persons to whom such unnegotiated checks were issued, the amount of such checks, and their last known addresses are:

| NAME | ADDRESS | AMOUNT |
|------|---------|--------|
| KELLIE STREITZ | C/O DICK L. KAHL, ESQ. 249 EAST 2ND STREET, STE. 2 POWELL, WY 82435-1959 | $4.41 |

3. That the Trustee's check for $4.41 payable to the U.S. Bankruptcy Clerk, is attached to this report and list.

DATED this 10 day of June, 2010.

_____
RANDY L. ROYAL, TRUSTEE, Trustee in Bankruptcy